RECEIVED
LAKE CHARLES, LA

OCT 31 2011

TONY R. MOORE, CLERK
BY_____ PAP
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LEROY NATHANIEL WESTON | : | DOCKET NO. 11-CV-0107<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| JANET NAPOLITANO, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that defendant's Request for Reconsideration of the Order denying their Motion to Dismiss (doc. 11) be **GRANTED**.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28 day of October, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE